

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE: | § | No. 08-23-00008-CV |
| FRANK ENRIQUEZ, Individually and as the Personal Representative of the Estate of CHRISTINE RAMIREZ, and for all wrongful death beneficiaries, | § § § | AN ORIGINAL PROCEEDING IN MANDAMUS |
| | § | |
| Relator. | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Relator's petition for writ of mandamus against the Honorable Sergio Enriquez, Judge of the 448th District Court of El Paso County, Texas, and concludes that Relator's petition for writ of mandamus should be denied as moot. We therefore deny the petition for writ of mandamus as moot in accordance with the opinion of this Court.

IT IS SO ORDERED THIS 20TH DAY OF APRIL, 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.